# Exhibit A

## AFFIDAVIT OF LAWRENCE MACKENZIE

I, Lawrence MacKenzie, being first duly sworn, according to oath, deposes and states as follows:

1. I am over eighteen (18) years of age, and I have personal knowledge of the facts stated herein and could competently testify thereto if called upon to do so.

2. I am one of the two Members of TVG 2.0, LLC, which is the sole Member of TV Guide Magazine, LLC. There are no other Members of TV Guide Magazine, LLC.

3. The other Member of TVG 2.0, LLC is Andrew DeAngelis. There are no other Members of TVG 2.0, LLC.

4. I am a domiciliary of the State of Michigan. I currently reside in the State of Michigan, and I intend to reside there permanently and indefinitely.

5. Mr. DeAngelis also is a domiciliary of the State of Michigan. He currently resides in the State of Michigan, and he intends to reside there permanently and indefinitely.

_Lawrence MacKenzie_
Lawrence MacKenzie

Subscribed and sworn to before me this 30 day of March, 2016.

_Cheryl A. Buck_
Notary Public Cheryl A. Buck

My Commission Expires: 08/14/19

CHERYL A. BUCK
NOTARY PUBLIC, STATE OF MI
COUNTY OF OAKLAND
MY COMMISSION EXPIRES Aug 14, 2019
ACTING IN COUNTY OF Oakland