# Exhibit C




**All Court Types Party Search**
Fri Apr 1 13:13:34 2016
16 records found

User: wssllp1900
Client:
Search: All Court Types Party Search Name TV GUIDE Magazine All Courts Page: 1

### Bankruptcy Results

| Party Name | Court | Case | Ch | Date Filed | Date Closed | Disposition |
|---|---|---|---|---|---|---|
| 1 TV Guide Magazine Group, Inc. (cr) | nysbke | 1:03-bk-13901 | 11 | 06/16/2003 | 05/21/2013 | Discharge Not Applicable |
| 2 TV Guide Magazine Group Inc. (dft) | nysbke | 1:05-ap-02207 | | 06/15/2005 | 09/26/2007 | Dismissed or Settled Without Entry of Judgment |
| 3 TV Guide Magazine Group Inc (def) | ohnbke | 1:99-ap-01282 | | 06/25/1999 | 12/21/2000 | Dismissed or Settled Without Entry of Judgment |

### Civil Results

| Party Name | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|
| 4 TV Guide Magazine Group, Incorporated (dft) | miedce | 2:2008-cv-11677 | 440 | 04/21/2008 | 08/22/2008 |
| 5 TV Guide Magazine, LLC (dft) | miedce | 2:2015-cv-13769 | 380 | 10/26/2015 | |
| 6 TV Guide Magazine Group, Incorporated (dft) | miedce | 2:2002-cv-70497 | 190 | 02/06/2002 | 12/20/2002 |
| 7 TV Guide Magazine (cc) | utdce | 2:2010-cv-00240 | 830 | 03/18/2010 | 01/09/2014 |
| 8 TV Guide Magazine Group, Inc. (dft) | cacdce | 2:2009-cv-06584 | 370 | 09/10/2009 | 01/12/2010 |
| 9 TV GUIDE MAGAZINE (dft) | paedce | 2:1990-cv-07376 | 442 | 11/19/1990 | 07/16/1992 |
| 10 TV Guide Magazine (dft) | utdce | 2:2010-cv-00240 | 830 | 03/18/2010 | 01/09/2014 |
| 11 TV Guide Magazine (dft) | codce | 1:1996-cv-01895 | 820 | 08/12/1996 | 03/04/1999 |

### Appellate Results

| Party Name | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|
| 12 TV Guide Magazine (pty) | 03cae | 92-1361 | 3442 | 05/04/1992 | 10/28/1992 |
| 13 TV Guide Magazine (pty) | 03cae | 93-1190 | 3440 | 02/26/1993 | 06/04/1993 |
| 14 TV Guide Magazine (pty) | 03cae | 93-1601 | 2440 | 06/24/1993 | 10/12/1993 |
| 15 TV Guide Magazine (pty) | 03cae | 93-1864 | 3440 | 09/07/1993 | 11/30/1993 |
| 16 TV Guide Magazine Group, Inc. (pty) | 09cae | 09-56989 | 4370 | 12/16/2009 | 07/14/2011 |

Receipt 04/01/2016 13:13:35 44662797
User wssllp1900
Client
Description All Court Types Party Search
Name TV GUIDE Magazine All Courts Page: 1
Pages 1 ($0.10)




**All Court Types Party Search**
Fri Apr 1 13:15:30 2016
1 record found

User: wssllp1900
Client:
Search: All Court Types Party Search Name TV Guide magazine, LLC All Courts Page: 1

### Civil Results

| Party Name | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|
| 1 TV Guide Magazine, LLC (dft) | miedce | 2:2015-cv-13769 | 380 | 10/26/2015 | |

Receipt 04/01/2016 13:15:31 44663763
User wssllp1900
Client
Description All Court Types Party Search
Name TV Guide magazine, LLC All Courts Page: 1
You have previously been billed for this page.
Pages 1 ($0.00)