UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHIRLEY HYMAN,

    Plaintiff,

Case No. 2:15-cv-13769

v.

HONORABLE STEPHEN J. MURPHY, III

TV GUIDE MAGAZINE, LLC,

    Defendant.

_____/

**ORDER GRANTING LEAVE TO FILE SECOND
AMENDED MOTIONS TO DISMISS AND STAY** (document no. 15)
**AND DENYING PRIOR MOTIONS** (document nos. 9, 11, 13, 14) **AS MOOT**

Defendant TV Guide Magazine, LLC ("TV Guide") filed a motion to dismiss and a motion to stay proceedings. ECF Nos. 9, 11. TV Guide subsequently filed amended versions of both motions. ECF Nos. 13, 14. Having conferred with Plaintiff Shirley Hyman, TV Guide moved for leave to file second amended motions, which refer to some updated circumstances surrounding the case. ECF No. 15. For good cause shown, the Court will grant the Motion for Leave to File Second Amended Motions to Dismiss and Stay; and the Court will consider the motions attached as exhibits to the motion to amend as operative. ECF Nos. 15-2 (Motion to Dismiss), 15-3 (Motion to Stay). All pleading deadlines regarding the second amended motions will run from the date of the issuance of this order. The Court has received Hyman's recent filing (document no. 17) and would permit her to make any further arguments in a pleading responsive to the second amended motions.[1]

The Court will deny the previous versions of the motions as moot.

**ORDER**

---

[1] The Court also hereby orders that parties refrain from filing docket-cluttering "Notices," which lack foundation in the local rules. ECF Nos. 12, 16. The Court will determine when hearings will be helpful and will issue its own notices thereof.

**WHEREFORE**, it is hereby **ORDERED** that Defendant's Motion for Leave to File Second Amended Motions to Dismiss and Stay (document no. 15) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss (document no. 9) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Stay (document no. 11) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that Defendant's First Amended Motion to Dismiss (document no. 13) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that Defendant's First Amended Motion to Stay (document no. 14) is **DENIED AS MOOT**.

**SO ORDERED**.

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: May 4, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 4, 2016, by electronic and/or ordinary mail.

s/Carol Cohron
Case Manager