# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SHIRLEY HYMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TV GUIDE MAGAZINE, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No.: 2:15-cv-13769 |

## CERTIFICATE OF SERVICE

    I, Benjamin S. Thomassen, hereby certify that on June 30, 2016, I served Plaintiff's Combined Opposition to Defendant's Motions to Dismiss and Stay and supporting Declaration of Benjamin S. Thomassen (Dkts. 21, 22) using the CM/ECF system which sent notification of such filings to all counsel of record.

    /s/ Benjamin S. Thomassen
    One of Plaintiff's attorneys

    Ari J. Scharg
    ascharg@edelson.com
    Benjamin S. Thomassen
    bthomassen@edelson.com
    EDELSON PC
    350 North LaSalle Street, 13th Floor
    Chicago, Illinois 60654
    Tel: 312.589.6370
    Fax: 312.589.6378

    Henry M. Scharg (P28804)
    hmsattyatlaw@aol.com
    LAW OFFICE OF HENRY M. SCHARG

718 Ford Building
Detroit, Michigan 48226
Tel: 248.596.1111
Fax: 248.496.1578

2