UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHIRLEY HYMAN,

    Plaintiff,                               Case No. 2:15-cv-13769

v.                                             HONORABLE STEPHEN J. MURPHY, III

TV GUIDE MAGAZINE, LLC,

    Defendant.

_____/

## **ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE**

While the Court wishes to speedily resolve the case, it is apparent that any ruling on the Defendant's Motion to Dismiss would be premature while the Sixth Circuit hears *Coulter-Owens v. Time, Inc.*, Nos. 16-1321 & 16-1380. In *Coulter-Owens*, the question of whether a Michigan Video Rental Privacy Act violation provides Article III standing is before the court of appeals. It would be imprudent to rule on the same question while it is before that court; therefore, the best course of action is to stay the case until the Sixth Circuit has made its decision in *Coulter-Owens*. The case will be administratively closed for statistical purposes only, and either party may move to reopen it after the appellate decision is released.

### ORDER

**WHEREFORE**, it is hereby **ORDERED** that the case is **STAYED** until the Sixth Circuit's decision is issued in *Coulter-Owens v. Time, Inc.*, Nos. 16-1321 & 16-1380.

**IT IS FURTHER ORDERED** that the case be **ADMINISTRATIVELY CLOSED**.

**SO ORDERED**.

                        s/Stephen J. Murphy, III
                        STEPHEN J. MURPHY, III
                        United States District Judge

Dated: August 22, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 22, 2016, by electronic and/or ordinary mail.

                        s/Carol Cohron
                        Case Manager