# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SHIRLEY HYMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TV GUIDE MAGAZINE, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No.: 2:15-cv-13769<br><br>**PLAINTIFF'S NOTICE OF DECISION IN *COULTER-OWENS V. TIME*, NO. 16-1321/16-1380** |

Plaintiff Shirley Hyman respectfully provides the Court with notice of the Sixth Circuit's decision in the matter of *Coulter-Owens v. Time, Inc.*, Nos. 16-1321/1380 (Sept. 22, 2016).[1] On September 22, 2016, the Sixth Circuit denied Time, Inc.'s Motion to Dismiss, where Time had advanced the Article III issue underlying this Court's August 22, 2016 order. (*See* dkt. 32 (Administratively staying case because "any ruling on the Defendant's Motion to Dismiss would be premature while the Sixth Circuit hears *Coulter-Owens v. Time, Inc.*, Nos. 16-132 & 16-1380 . . . [where] the question of whether a Michigan Video Rental Privacy Act violation provides Article III standing is before the court of appeals.").)

Accordingly, while the appeal in Coulter-Owens is still being briefed—a process that will not be completed until January 2017—the Article III standing

---

[1] A copy of the Sixth Circuit's Order is attached hereto as Exhibit A.

issue is not presently before the Sixth Circuit.

Date: September 23, 2016								Respectfully submitted,

**SHIRLEY HYMAN**, individually and on behalf of all others similarly situated,

/s/ Benjamin S. Thomassen

Ari J. Scharg
ascharg@edelson.com
Roger Perlstadt
rperlstadt@edelson.com
Benjamin S. Thomassen
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Henry M. Scharg (P28804)
hmsattyatlaw@aol.com
LAW OFFICE OF HENRY M. SCHARG
718 Ford Building
Detroit, Michigan 48226
Tel: 248.596.1111
Fax: 248.671.0335

*Counsel for Plaintiff and the Proposed Class*

## **CERTIFICATE OF SERVICE**

    I, Benjamin S. Thomassen, an attorney, certify that on September 23, 2016, I served the above and foregoing document by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                                     /s/ Benjamin S. Thomassen