UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Shirley Hyman,

                Plaintiff(s),

v.                                      Case No. 2:15–cv–13769–SJM–MKM
                                              Hon. Stephen J. Murphy

TV Guide Magazine, LLC,

                Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Stephen J. Murphy, III as follows:

- STATUS CONFERENCE:  April 11, 2018 at 09:30 AM

The conference shall be initiated by Benjamin Scott Thomassen.

If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                                By: s/D Parker
                                                                    Case Manager

Dated:   October 25, 2017