# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SHIRLEY HYMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TV GUIDE MAGAZINE, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No.: 2:15-cv-13769<br><br>Hon. Stephen J. Murphy, III<br><br>Mag. Mona K. Majzoub |

## APPEARANCE OF SCHUYLER R. UFKES ON BEHALF OF PLAINTIFF

**TO:  Clerk of the Court and Counsel of Record:**

Attorney Schuyler R. Ufkes of Edelson PC hereby files his Appearance as attorney for Plaintiff Shirley Hyman and the putative class in the above-captioned matter.

Dated:  February 23, 2018         By: /s/ Schuyler R. Ufkes
                                                 One of Plaintiff's attorneys

Ari J. Scharg
ascharg@edelson.com
Benjamin S. Thomassen
bthomassen@edelson.com
Schuyler R. Ufkes
sufkes@edelson.com
Edelson PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Henry M. Scharg
hmsattyatlaw@aol.com
Law Office of Henry M. Scharg
718 Ford Building
Detroit, Michigan 48226
Tel: 248.596.1111
Fax: 248.671.0335

*Counsel for Plaintiff Shirley Hyman and the putative Class*

## CERTIFICATE OF SERVICE

      I, Schuyler R. Ufkes, an attorney, certify that on February 23, 2018, I served the above and foregoing document by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                                        /s/ Schuyler R. Ufkes