UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOM HIGGINS,

        Plaintiff,

Case No. 2:15-cv-13769

HON. STEPHEN J. MURPHY, III

v.

TV GUIDE MAGAZINE, LLC,

        Defendant.

_____/

## ORDER DISMISSING THE CASE

On July 17, 2018, the private facilitator notified the Court that the parties settled the case. Because there is no live case or controversy, the Court will dismiss the case without prejudice. No later than 30 days after the date of this order, the parties may file a stipulated proposed order of dismissal pursuant to the terms of the underlying settlement agreement.

**SO ORDERED.**

                                                  s/ Stephen J. Murphy, III
                                                  STEPHEN J. MURPHY, III
                                                  United States District Judge

Dated: July 23, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 23, 2018, by electronic and/or ordinary mail.

                                                  s/ David Parker
                                                  Case Manager