UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOM HIGGINS,

    Plaintiff,

v.

TV GUIDE MAGAZINE, LLC,

    Defendant.

_____/

Case No. 2:15-cv-13769

HON. STEPHEN J. MURPHY, III

**ORDER GRANTING PLAINTIFF'S MOTION
FOR EXTENSION OF TIME TO FILE MOTION FOR
PRELIMINARY APPROVAL AND FOR LEAVE TO FILE EXCESS PAGES [70]**

On July 23, 2018, the Court dismissed the case upon notice that it had been settled and the parties were preparing relevant papers. ECF 67. On August 6, 2018, Plaintiff and Defendant ("the Parties") jointly moved for reconsideration of the dismissal, indicating that the case needed to be reopened for the Parties to take steps to dismiss the case with regard to the putative class of plaintiffs. ECF 68. On August 24, 2018, the Court granted the joint motion and vacated its order dismissing the case, ordering that Plaintiff file the motion for preliminary approval by August 31, 2018. On August 29, 2018, Plaintiff filed an agreed motion for extension of time for his motion of preliminary approval and for leave to file excess pages. ECF 70. The motion explained the Parties' efforts to negotiate the final terms of their agreement and their need for a brief extension of time to finish negotiations and finalize documents. *Id.* The Court will grant Plaintiff's agreed motion.

**WHEREFORE** it is hereby **ORDERED** that Plaintiff's Motion for Extension of Time to File Motion for Preliminary Approval and for Leave to File Excess Pages [70] is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff shall file his motion for preliminary approval of class action settlement no later than **September 5, 2018**.

**IT IS FURTHER ORDERED** that Plaintiff is **GRANTED** leave to file a brief not to exceed thirty-five (35) pages, in support of his motion for preliminary approval of class action settlement.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: September 4, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 4, 2018, by electronic and/or ordinary mail.

s/ David Parker
Case Manager