# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TOM HIGGINS, individually and on behalf of the settlement class,<br><br>Plaintiff,<br><br>v.<br><br>TV GUIDE MAGAZINE, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No.: 2:15-cv-13769<br><br>Hon. Stephen J. Murphy, III<br><br>Mag. Mona K. Majzoub |

### PLAINTIFF'S *UNOPPOSED* MOTION FOR LEAVE TO FILE ENLARGED BRIEF IN SUPPORT OF MOTION FOR ATTORNEYS' FEES, EXPENSES, AND INCENTIVE AWARD

Plaintiff Tom Higgins ("Plaintiff") hereby moves the Court for leave to file an enlarged brief, not to exceed thirty-two (32) pages, in support of his forthcoming Motion for Attorneys' Fees, Expenses, and Incentive Award. In support of this unopposed motion, Plaintiff states as follows:

1. In connection with the parties' class-wide Settlement Agreement, which the Court preliminarily approved on September 18, 2018, Plaintiff seeks to file a Motion for and Brief in Support of Attorneys' Fees, Expenses, and Incentive Award on November 9, 2018. (*See* Dkt. 73.)

2. Plaintiff has made his greatest effort to keep his fee brief as succinct as possible.

1

3.      However, Plaintiff believes in good faith that the filing of a brief in excess of the Court's twenty-five (25) page limit is necessary to fully and effectively (i) address the factual and procedural posture of the case, (ii) describe the work performed by Class Counsel on behalf of the Settlement Class, (iii) demonstrate that the requested attorneys' fees are reasonable and warrant approval, and (iv) explain why the requested incentive award to Plaintiff should be approved. *See* E.D. Mich. LR 7.1(d)(3)(A). Plaintiff is confident that he can fully and effectively present his brief in thirty-two (32) pages or less.

4.      Class Counsel conferred with counsel for Defendant on November 2, 2018. Defendant does not oppose Plaintiff's request to file an enlarged brief.

**WHEREAS**, Plaintiff Tom Higgins respectfully requests that the Court enter an Order granting him leave to file an enlarged brief, not to exceed thirty-two (32) pages, in support of his forthcoming Motion for Attorneys' Fees, Expenses, and Incentive Award.

Respectfully submitted,

Dated: November 2, 2018            **TOM HIGGINS**, individually and on behalf of settlement class

By: /s/ Ari J. Scharg
       One of Plaintiff's attorneys

Ari J. Scharg
ascharg@edelson.com
Schuyler R. Ufkes
sufkes@edelson.com

EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Eve-Lynn J. Rapp
erapp@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435

Henry M. Scharg
hmsattyatlaw@aol.com
LAW OFFICE OF HENRY M. SCHARG
718 Ford Building
Detroit, Michigan 48226
Tel: (248) 596.1111
Fax: (248) 671.0335

*Settlement Class Counsel*

## **CERTIFICATE OF SERVICE**

I, Ari J. Scharg, an attorney, hereby certify that on November 2, 2018, I served the above and foregoing ***Plaintiff's Unopposed Motion for Leave to File Enlarged Brief in Support of Motion for Attorneys' Fees, Expenses, and Incentive Award*** on all counsel of record by filing it electronically with the Clerk of the Court using the CM/ECF filing system.

/s/ Ari J. Scharg