# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TOM HIGGINS, individually and on behalf of the settlement class, | Case No.: 2:15-cv-13769 |
| Plaintiff, | Hon. Stephen J. Murphy, III |
| v. | Mag. Mona K. Majzoub |
| TV GUIDE MAGAZINE, LLC, a Delaware limited liability company, | |
| Defendant. | |

### PLAINTIFF'S *UNOPPOSED* MOTION FOR LEAVE TO FILE ENLARGED BRIEF IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff Tom Higgins ("Plaintiff") hereby moves the Court for leave to file an enlarged brief, not to exceed thirty-four (34) pages, in support of his forthcoming Motion for and Brief in Support of Final Approval of Class Action Settlement. In support of this unopposed motion, Plaintiff states as follows:

1. As set forth in Plaintiff's forthcoming Motion for and Brief in Support of Final Approval of Class Action Settlement, due December 5, 2018, Plaintiff seeks final approval of the parties' class-wide settlement, which, if approved, will fully and finally resolve all claims against Defendant related to the Michigan Preservation of Personal Privacy Act, M.C.L. § 445.1711-15.

2. Plaintiff has made his greatest effort to keep his final approval brief as

succinct as possible.

3.   However, Plaintiff believes in good faith that the filing of a brief in excess of the Court's twenty-five (25) page limit is necessary to fully and effectively (i) address the factual and procedural posture of the case, (ii) set out the terms of the proposed Settlement, (iii) discuss that the implemented notice plan comports with Due Process and Federal Rule of Civil Procedure 23(c), and (iv) explain why the Settlement warrants final approval under the factors provided in Federal Rule of Civil Procedure 23(e)(2). Fed. R. Civ. P. 23(e)(2) (eff. Dec. 1, 2018). *See* E.D. Mich. LR 7.1(d)(3)(A). Plaintiff is confident that he can fully and effectively present his final approval brief in thirty-four (34) pages or less.

4.   Class Counsel conferred with counsel for Defendant on December 3, 2018. Defendant does not oppose Plaintiff's request to file an enlarged brief.

**WHEREAS**, Plaintiff Tom Higgins respectfully requests that the Court enter an Order granting him leave to file an enlarged brief, not to exceed thirty-four (34) pages of substance, in support of his forthcoming Motion for Final Approval of Class Action Settlement.

Respectfully submitted,

Dated: December 3, 2018                **TOM HIGGINS**, individually and on behalf of settlement class

By: /s/ Ari J. Scharg
        One of Plaintiff's attorneys

2

Ari J. Scharg
ascharg@edelson.com
Benjamin S. Thomassen
bthomassen@edelson.com
Schuyler R. Ufkes
sufkes@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Eve-Lynn Rapp
erapp@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435

Henry M. Scharg
hmsattyatlaw@aol.com
LAW OFFICE OF HENRY M. SCHARG
718 Ford Building
Detroit, Michigan 48226
Tel: (248) 596.1111
Fax: (248) 671.0335

*Settlement Class Counsel*

## **CERTIFICATE OF SERVICE**

I, Ari J. Scharg, an attorney, hereby certify that on December 3, 2018, I served the above and foregoing ***Plaintiff's Unopposed Motion for Leave to File Enlarged Brief in Support of Motion for Final Approval of Class Action Settlement*** on all counsel of record by filing it electronically with the Clerk of the Court using the CM/ECF filing system.

/s/ Ari J. Scharg