UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOM HIGGINS,

    Plaintiff,

v.

TV GUIDE MAGAZINE, LLC,

    Defendant.

                                 /

Case No. 2:15-cv-13769

HON. STEPHEN J. MURPHY, III

**ORDER GRANTING FINAL APPROVAL TO SETTLEMENT
OF CLASS ACTION AND DISMISSING ACTION WITH PREJUDICE**

On September 18, 2018, the Court entered an Order: (1) preliminarily approving the parties' proposed class action settlement agreement ("Settlement"); (2) approving the form and content of the notice to the members of the settlement class; (3) appointing the settlement administrator; (4) appointing Tom Higgins as Lead Plaintiff; and (5) appointing Class Counsel. ECF 73.

The Court held a fairness hearing for final approval of the Settlement on December 19, 2018, received no objections to the Settlement, and determined that the Settlement is fair, reasonable, and adequate to the Class Members.

**WHEREFORE**, it is hereby **ORDERED** that all approvals preliminarily conferred in the September 18, 2018 order are hereby confirmed and made final. In particular, the Settlement Agreement, including all attachments contained therein, is unconditionally and finally approved.

**IT IS FURTHER ORDERED** that Plaintiff's motion for attorney's fees [75] is **GRANTED**.

1

**IT IS FURTHER ORDERED** that Plaintiff's motion for final approval of the class action settlement [79] is **GRANTED**.

**IT IS FURTHER ORDERED** that the present action is **DISMISSED WITH PREJUDICE** without costs to either party, as to all Plaintiffs, including named Plaintiff Tom Higgins.

**IT IS FURTHER ORDERED** that the Court reserves and retains jurisdiction over this action to enforce the Settlement.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: December 19, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 19, 2018, by electronic and/or ordinary mail.

s/ David P. Parker
Case Manager